Orlando, Appellant, *v.* Veenschoten et al.

Argued April 10, 1928.

Before Porter, P. J., Henderson, Trexler, Keller, Linn, Gawthrop and Cunningham, JJ.

Opinion by Porter, P. J., July 12, 1928:

This appeal involves only the same question considered in the case of this same plaintiff v. Edwin W. Nick et al., in which an opinion has this day been filed, and for the reasons in said opinion stated, the assignment of error is dismissed.

The judgment is affirmed.